MORRIS ROGERS, Appellant, *v.* HELEN M. FEINBERG, Individually and as Administratrix of· the Estate of SAMUEL FEINBERG, Deceased, Defendant, and THE FIEGEL CORPORATION, Respondent.

(Submitted January 20, 1933; decided February 28, 1933.)

*Abraham Benedict* for appellant.

No appearance for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.